[No. 75646-0-I.  Division One.  November 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ISABELLA MARIE LYNN BRANNAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-8-00217-6, Marilyn K. Haan, J., entered September 24, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Schindler, JJ.

[No. 75647-8-I.  Division One.  November 7, 2016.]

SHANTA STEGER, *Appellant*, v. JANICE TURNER, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-2-01396-5, Leila Mills, J., entered December 4, 2015. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Leach, J.

[No. 45971-0-II.  Division Two.  November 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN GLENN COX, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-1-00914-9, Gary R. Tabor, J., entered March 4, 2014. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick and Melnick, JJ.